1  PHILLIP A. TALBERT
   United States Attorney
2  CODY S. CHAPPLE
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000

5  Attorneys for Plaintiff

6

7              UNITED STATES DISTRICT COURT

8              EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,            Case No. 1:06-MJ-00241-DLB

11           Plaintiff,

12 v.                                   **MOTION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE**

13 CHARLES HECTOR GONZALES JR.,

14           Defendant.

15

16     The United States of America, by and through Phillip A. Talbert, United States Attorney, and Cody
17 S. Chapple, Assistant United States Attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal
18 Procedure, moves to dismiss this case in the interest of justice without prejudice with the understanding
19 that the defendant will be remanded to the custody of the Bureau of Prisons to serve the remainder of his
20 sentence imposed on July 15, 2005, in the U.S. District Court for the Southern District of California, Case
21 No. 3:04-cr-01589-IEG.

22

23 DATED:  March 29, 2024                   Respectfully submitted,

24                                         PHILLIP A. TALBERT
                                           Acting United States Attorney
25
                                     By:   */s/ Cody Chapple*
26                                         CODY S. CHAPPLE
                                           Assistant U.S. Attorney
27

28

                                      1

**O R D E R**

IT IS HEREBY ORDERED that this case is dismissed pursuant to Federal Rule of Criminal Procedure 48(a) in the interest of justice without prejudice. The defendant shall be remanded to the custody of the Bureau of Prisons to serve the remainder of his sentence imposed on July 15, 2005, by the U.S. District Court for the Southern District of California, Case No. 3:04-cr-01589-IEG.

IT IS SO ORDERED.

Dated: **March 29, 2024**

UNITED STATES DISTRICT JUDGE